**EXHIBIT C**

**CLAIM CHART ILLUSTRATING HOW CLAIMS OF**

**U.S. PATENT NO. 6,686,402 ARE BEING INFRINGED BY NOVIS WORKS AND ITS CUSTOMERS**

| Claim 7 | |
|---|---|
| **Claim Element** | **How Claim Element is Exhibited by the HyperSET System** |
| A foundry mix comprising: | **Present**.  The HyperSET system is a binding system including two parts (referred to as HyperSET 2050 and HyperSET 3050) that is marketed and sold by Novis Works to be mixed together in equal amounts by weight and combined with a major amount of aggregate to form a foundry mix.  *See* for example the screenshot of the Novis Works website attached as Exhibit A to the Complaint; *see also* the HyperSET product data sheet attached to this Chart as Exhibit 1 (hereinafter "Ex. 1"). |
| (a) a major amount of foundry aggregate; | **Present**. *See* above. |
| (b) an effective binding amount of a binder system, which will cure in the presence of sulfur dioxide and a free radical initiator, comprising: | **Present**.  HyperSET is a binding system that cures in the presence of sulfur dioxide ($SO_2$).  *See* for example the screenshot of the Novis Works website attached as Exhibit A to the Complaint; *See also* Ex. 1.  The HyperSET binding system exhibits the other recited elements: |
| (1) 20 to 70 parts by weight of an epoxy novolac resin; | **Present**.  Per the SDS sheet for HyperSET 2050, which is included with this chart as Exhibit 2 (hereinafter "Ex. 2"), HyperSET 2050 includes "phenol, polymer with formaldehyde, glycidyl ether" (identified as CAS 28064-14-4) as present at 50 to 75%.  Per the SDS sheet for HyperSET 3050, which is included with this chart as Exhibit 3 (hereinafter "Ex. 3"), HyperSET 3050 includes "phenol, polymer with formaldehyde, glycidyl ether" (identified as CAS 28064-14-4) as present at 25 to 50%.  Translating these values to parts per weight for the HyperSET system, the epoxy novolac resin is present in the range of 37.5 to 62.5 parts by weight*. |
| (2) 20 to 40 parts by weight of a monomeric or polymeric acrylate; | **Present.** Per the SDS sheet for HyperSET 3050, HyperSET 3050 includes 2, 2 bis(Acryloyloxymethyl)butyl acrylate" (identified as CAS 15625-89-5) present at 50 to 75%. *See* Ex. 3.  Translating this to parts per weight for the HyperSET system, the acrylate is present in 25 to 37.5 parts by weight*. |

| | |
|---|---|
| (3) 1 to 35 parts by weight of bisphenol F; and | **Present.** Per the SDS sheet for HyperSET 3050, HyperSET 3050 includes "phenol, polymer with formaldehyde, glycidyl ether" (identified as CAS 28064-14-4) present at 25 to 50%. *See* Ex. 3. Translating this to parts per weight for the HyperSET system, the bisphenol F is present 12.5 to 25 parts by weight. |
| (4) an effective amount of a free radical initiator, | **Present.** A free radical initiator must be present in the HyperSET binding system in order for it to work.  Upon information and belief, the free radical initiator of the HyperSET system is in the HyperSET 2050. |
| where (1), (2), (3), and (4) are separate components or mixed with another of said components, provided (4) is not mixed with (2), and where said parts by weight are based upon 100 parts of binder system. | **Present.** Acrylate is in HyperSET 3050 and the free radical initiator is in HyperSET 2050. *See* Ex. 2 and Ex. 3. |
| **Claim 8** | |
| The foundry mix of claim 7 comprising two parts, wherein | **Present.** *See* above. |
| Part I comprises (1), (2), and (3), and | **Present.** The SDS sheet for HyperSET 3050 indicates that it comprises components (1), (2), and (3).  *See* Ex. 3. |
| Part II comprises (4) | **Present.** The HyperSET 2050 comprises the free radical initiator. |
| such that the viscosity of the Part I and Part I is less than 2000 centipoise. | **Present.** This is the type of viscosity needed to permit for the material to flow onto the aggregate. |
| **Claim 9** | |
| The foundry mix of claim 8 wherein the wherein | **Present.** *See* above. |
| The functionality of the epoxy novolac resin is from about 2.3 to about 3.0. | **Present.** Novis Works indicates it uses D.E.N. 431. The product information sheet from the supplier shows it has a functionality of 2.8. |
| **Claim 10** | |
| The foundry mix of claim 9 wherein | **Present.** *See* above. |
| The acrylate is a monomer and the monomer is trimethyolpropane triacrylate. | **Present.** The acrylate denominated in the claim is generally known as "TMPTA."  It has CAS Registry 15825-89-5.  The HyperSET 3050 SDS uses an alternate name, but the same CAS Registry number. |
| **Claim 11** | |
| The foundry mix of claim **10** wherein | **Present.** *See* above. |
| The epoxy novolac has a functionality of at least 2.4. | See claim 9 above. |
| **Claim 12** | |
| The foundry mix of claim **11** wherein | **Present.** *See* above. |

| The amount of bisphenol F is from 5 to 35 parts by weight. | **Present.** See component (3) in claim 7 above. |
|---|---|

**\*Since the HyperSET system is a 50/50 mix by weight of HyperSET 2050 and HyperSET 3050, these parts per weight are calculated by halving the parts per weight information provided by the SDS sheets for the HyperSET 2050 and HyperSET 3050.**

# EXHIBIT 1



**Novis Works, LLC**
**400 Schroyer Ave. SW**
**Canton, OH  44702**
**(330) 453-4646**

## PRODUCT DATA SHEET

**Epoxy-Acrylic Resin**
DOC. 003-011-NW
Revision Date:  010418

## HyperSET® 2050 / 3050
FR-202050 / FR-203050

**Properties / Application:** HyperSET 2050 / 3050 is a unique high solids, very low solvent modified epoxy-acrylic cold-box resin system that uses sulfur dioxide ($SO_2$) gas as the curing component. When used as directed in a 50% Part-1 to 50% Part-2 ratio, **HyperSET 2050 / 3050** has been formulated to achieve long mixed sand shelf life, excellent early tensile development and improved humidity resistance. **HyperSET 2050/3050** deliverS optimal core/mold properties economically by allowing the operator to use a minimal amount of $SO_2$ for complete core/mold cure.  Being a very low solvent product, solvent evaporation hazards and "reportables" are minimized. The use of a minimal amount of solvent assures the products maintains a relatively low viscosity across a wide range of resin storage temperatures.

**HyperSET 2050 / 3050** is a versatile cold-box product that has multiple benefits for the user in many non-ferrious applications and coarse aggregates. This system "package" was developed for increased front-end tensile development, improved humidity resistance and higher hot strength.

**Chemical Composition:**    Epoxy-Acrylic Resin System

**Technical Data:**

| | HyperSET  Part-1  2050 | HyperSET  Part-2  3050 |
|---|---|---|
| *Appearance* | Clear, colorless to slight yellow | Clear yellowish to light brown |
| *Physical State* | Liquid | Liquid |
| *Odor* | Mild | Mild |
| *Flash Point* | 185°F (85°C) | 185°F (85°C) |
| *Specific Gravity* | 1.15 g/cm3 at 77°F (25°C) | 1.14 g/cm3 at 77°F (25°C) |
| *Density* | 9.59 lbs./gallon @ 25°C (77°F) | 9.56 lbs./gallon @ 25°C (77°F) |
| *Flammability Class* | Combustible | Combustible |

**Containers:**    Available in 5-gallon poly pails, 55-gallon lined drums or 330-gallon tote containers.

**Stability:**    Stable when stored under recommended conditions at 25°C (77°F).

**Shelf Life:**    12 months from date of manufacture under normal storage conditions at 25°C (77°F) and in the original closed container.

**Storage Conditions:**    Store both components in a cool, dry place. Keep HyperSET Part-1 2050 away from flammable and combustible materials and from reducing agents (consult SDS). Containers may be hazardous when emptied. Since emptied containers retain product residues (vapors, liquids and/or solids), all hazard precautions given in the SDS must be observed.

**Exposure:**    Provide sufficient mechanical ventilation to maintain exposure below level of overexposure from known, suspected or apparent adverse effects. Materials can cause permanent eye injury. Materials can injure the cornea and cause blindness. Materials can cause permanent skin damage. Swallowing this material may be harmful or fatal. Swallowing this material may cause burns and destroy tissue in the throat, mouth and digestive tract. Breathing this material may be harmful or fatal. Consult the SDS for full information regarding exposure and first aid.

**Identification:**    **WARNING!    Part-1 is a combustible liquid, skin sensitizer, corrosive to skin.**
**Part-2 is a skin sensitizer, moderate eye irritant.**

Please refer to the Safety Data Sheet (SDS) for detailed information.

The information contained herin is to the best of our knowledge.  The recommendations or suggestions contained in this bulletin are made without guarantee or representation as to results.  We suggest your own laboratory and process testing prior to use.  Our responsibility for claims arising from breach of warranty, negligence, clerical errors or otherwise is limited to the purchase price of the material.

# EXHIBIT 2

Conforms to HCS 2012 - United States

# SAFETY DATA SHEET

### HyperSET® Part-1 2050



---

## Section 1. Identification

| | | |
|---|---|---|
| **GHS product identifier** | : | HyperSET® Part-1 2050 |
| **Product code** | : | FR-202050 |
| **Other means of identification** | : | Not available. |
| **Product type** | : | Liquid. |

**Relevant identified uses of the substance or mixture and uses advised against**

| | | |
|---|---|---|
| **Identified uses** | : | Not available. |
| **Supplier's details** | : | Novis Works, LLC<br>400 Schroyer Ave SW<br>Canton, Ohio 44702<br>Phone: 330.453.4646<br>Fax: 330.453.4040<br>Web site: www.novisworks.com |
| **Emergency telephone number (with hours of operation)** | : | CHEMTREC, U.S.: 1-800-424-9300     International: +1-703-527-3887<br>24/7 |

## Section 2. Hazards identification

| | | |
|---|---|---|
| **OSHA/HCS status** | : | This material is considered hazardous by the OSHA Hazard Communication Standard (29 CFR 1910.1200). |
| **Classification of the substance or mixture** | : | FLAMMABLE LIQUIDS - Category 4<br>SKIN CORROSION/IRRITATION - Category 2<br>SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A<br>SKIN SENSITIZATION - Category 1<br>CARCINOGENICITY - Category 2<br>AQUATIC HAZARD (LONG-TERM) - Category 2 |

**GHS label elements**

| | | |
|---|---|---|
| **Hazard pictograms** | : |    |
| **Signal word** | : | Warning |
| **Hazard statements** | : | H227 - Combustible liquid.<br>H319 - Causes serious eye irritation.<br>H315 - Causes skin irritation.<br>H317 - May cause an allergic skin reaction.<br>H351 - Suspected of causing cancer.<br>H411 - Toxic to aquatic life with long lasting effects. |

**Precautionary statements**

---





**HyperSET® Part-1 2050**

# Section 2. Hazards identification

| | | |
|---|---|---|
| **Prevention** | : | P201 - Obtain special instructions before use.<br>P202 - Do not handle until all safety precautions have been read and understood.<br>P280 - Wear protective gloves. Wear eye or face protection. Wear protective clothing.<br>P210 - Keep away from flames and hot surfaces. - No smoking.<br>P273 - Avoid release to the environment.<br>P261 - Avoid breathing vapor.<br>P264 - Wash hands thoroughly after handling.<br>P272 (OSHA) - Contaminated work clothing must not be allowed out of the workplace. |
| **Response** | : | P391 - Collect spillage.<br>P308 + P313 - IF exposed or concerned: Get medical attention.<br>P302 + P352 + P363 - IF ON SKIN: Wash with plenty of soap and water. Wash contaminated clothing before reuse.<br>P333 + P313 - If skin irritation or rash occurs: Get medical attention.<br>P305 + P351 + P338 - IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing.<br>P337 + P313 - If eye irritation persists: Get medical attention. |
| **Storage** | : | P405 - Store locked up.<br>P403 - Store in a well-ventilated place.<br>P235 - Keep cool. |
| **Disposal** | : | P501 - Dispose of contents and container in accordance with all local, regional, national and international regulations. |
| **Hazards not otherwise classified** | : | None known. |

# Section 3. Composition/information on ingredients

| | | |
|---|---|---|
| **Substance/mixture** | : | Mixture |
| **Other means of identification** | : | Not available. |

| Ingredient name | % | CAS number |
|---|---|---|
| Phenol, polymer with formaldehyde, glycidyl ether | ≥50 - ≤75 | 28064-14-4 |
| 2-Phenylpropan-2-ol | ≥3 - ≤5 | 617-94-7 |
| Cumene | ≥1 - <2.5 | 98-82-8 |
| Oxirane, 2,2'-[(1-methylethylidene)bis(4,1-phenyleneoxymethylene)]bis-, homopolymer | ≥1 - ≤3 | 25085-99-8 |

The exact percentage (concentration) in the composition has been withheld as a trade secret in accordance with paragraph (i) of §1910.1200.

**There are no additional ingredients present which, within the current knowledge of the supplier and in the concentrations applicable, are classified as hazardous to health or the environment and hence require reporting in this section.**

**Occupational exposure limits, if available, are listed in Section 8.**

# Section 4. First aid measures

**Description of necessary first aid measures**

| | | |
|---|---|---|
| **Eye contact** | : | Immediately flush eyes with plenty of water, occasionally lifting the upper and lower eyelids.  Check for and remove any contact lenses.  Continue to rinse for at least 20 minutes.  Get medical attention. |
| **Inhalation** | : | Remove victim to fresh air and keep at rest in a position comfortable for breathing.  If not breathing, if breathing is irregular or if respiratory arrest occurs, provide artificial respiration or oxygen by trained personnel.  It may be dangerous to the person providing aid to give mouth-to-mouth resuscitation.  Get medical attention.  If unconscious, place in recovery position and get medical attention immediately.  Maintain an open airway. Loosen tight clothing such as a collar, tie, belt or waistband. |



**HyperSET® Part-1 2050**

## Section 4. First aid measures

| | | |
|---|---|---|
| **Skin contact** | : | Wash with plenty of soap and water.  Wash contaminated clothing thoroughly with water before removing it, or wear gloves.  Continue to rinse for at least 20 minutes.  Get medical attention.  In the event of any complaints or symptoms, avoid further exposure.  Wash clothing before reuse.  Clean shoes thoroughly before reuse. |
| **Ingestion** | : | Wash out mouth with water.  Remove dentures if any.  Remove victim to fresh air and keep at rest in a position comfortable for breathing.  If material has been swallowed and the exposed person is conscious, give small quantities of water to drink.  Stop if the exposed person feels sick as vomiting may be dangerous.  Do not induce vomiting unless directed to do so by medical personnel.  If vomiting occurs, the head should be kept low so that vomit does not enter the lungs.  Get medical attention.  Never give anything by mouth to an unconscious person.  If unconscious, place in recovery position and get medical attention immediately.  Maintain an open airway.  Loosen tight clothing such as a collar, tie, belt or waistband. |

**Most important symptoms/effects, acute and delayed**

**Potential acute health effects**

| | | |
|---|---|---|
| **Eye contact** | : | Causes serious eye irritation. |
| **Inhalation** | : | No known significant effects or critical hazards. |
| **Skin contact** | : | Causes skin irritation.  May cause an allergic skin reaction. |
| **Ingestion** | : | No known significant effects or critical hazards. |

**Over-exposure signs/symptoms**

| | | |
|---|---|---|
| **Eye contact** | : | Adverse symptoms may include the following:<br>pain or irritation<br>watering<br>redness |
| **Inhalation** | : | No known significant effects or critical hazards. |
| **Skin contact** | : | Adverse symptoms may include the following:<br>irritation<br>redness |
| **Ingestion** | : | No known significant effects or critical hazards. |

**Indication of immediate medical attention and special treatment needed, if necessary**

| | | |
|---|---|---|
| **Notes to physician** | : | Treat symptomatically.  Contact poison treatment specialist immediately if large quantities have been ingested or inhaled. |
| **Specific treatments** | : | No specific treatment. |
| **Protection of first-aiders** | : | No action shall be taken involving any personal risk or without suitable training.  It may be dangerous to the person providing aid to give mouth-to-mouth resuscitation.  Wash contaminated clothing thoroughly with water before removing it, or wear gloves. |

See toxicological information (Section 11)

## Section 5. Fire-fighting measures

**Extinguishing media**

| | | |
|---|---|---|
| **Suitable extinguishing media** | : | Use dry chemical, $CO_2$, water spray (fog) or foam. |
| **Unsuitable extinguishing media** | : | Do not use water jet or water-based fire extinguishers. |





HyperSET® Part-1 2050

# Section 5. Fire-fighting measures

| | | |
|---|---|---|
| **Specific hazards arising from the chemical** | : | Combustible liquid.  This material is toxic to aquatic life with long lasting effects.  Fire water contaminated with this material must be contained and prevented from being discharged to any waterway, sewer or drain. |
| **Hazardous thermal decomposition products** | : | Decomposition products may include the following materials: carbon dioxide carbon monoxide |
| **Special protective actions for fire-fighters** | : | Promptly isolate the scene by removing all persons from the vicinity of the incident if there is a fire.  No action shall be taken involving any personal risk or without suitable training.  Move containers from fire area if this can be done without risk.  Use water spray to keep fire-exposed containers cool. |
| **Special protective equipment for fire-fighters** | : | Fire-fighters should wear appropriate protective equipment and self-contained breathing apparatus (SCBA) with a full face-piece operated in positive pressure mode. |

# Section 6. Accidental release measures

**Personal precautions, protective equipment and emergency procedures**

| | | |
|---|---|---|
| **For non-emergency personnel** | : | No action shall be taken involving any personal risk or without suitable training. Evacuate surrounding areas.  Keep unnecessary and unprotected personnel from entering.  Do not touch or walk through spilled material.  Shut off all ignition sources.  No flares, smoking or flames in hazard area.  Avoid breathing vapor or mist.  Provide adequate ventilation.  Wear appropriate respirator when ventilation is inadequate.  Put on appropriate personal protective equipment. |
| **For emergency responders** | : | If specialized clothing is required to deal with the spillage, take note of any information in Section 8 on suitable and unsuitable materials.  See also the information in "For non-emergency personnel". |
| **Environmental precautions** | : | Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers.  Inform the relevant authorities if the product has caused environmental pollution (sewers, waterways, soil or air).  Water polluting material.  May be harmful to the environment if released in large quantities.  Collect spillage. |

**Methods and materials for containment and cleaning up**

| | | |
|---|---|---|
| **Spill** | : | Stop leak if without risk.  Move containers from spill area.  Use spark-proof tools and explosion-proof equipment.  Approach release from upwind.  Prevent entry into sewers, water courses, basements or confined areas.  Wash spillages into an effluent treatment plant or proceed as follows.  Contain and collect spillage with non-combustible, absorbent material e.g. sand, earth, vermiculite or diatomaceous earth and place in container for disposal according to local regulations (see Section 13).  Dispose of via a licensed waste disposal contractor.  Contaminated absorbent material may pose the same hazard as the spilled product.  Note: see Section 1 for emergency contact information and Section 13 for waste disposal. |

# Section 7. Handling and storage

**Precautions for safe handling**

| | | |
|---|---|---|
| **Protective measures** | : | Put on appropriate personal protective equipment (see Section 8).  Persons with a history of skin sensitization problems should not be employed in any process in which this product is used.  Avoid exposure - obtain special instructions before use.  Do not handle until all safety precautions have been read and understood.  Do not get in eyes or on skin or clothing.  Do not ingest.  Avoid breathing vapor or mist.  Avoid release to the environment.  Use only with adequate ventilation.  Wear appropriate respirator when ventilation is inadequate.  Do not enter storage areas and confined spaces unless adequately ventilated.  Keep in the original container or an approved alternative made from a compatible material, kept tightly closed when not in use.  Store and use away |





**HyperSET® Part-1 2050**

# Section 7. Handling and storage

from heat, sparks, open flame or any other ignition source.  Use explosion-proof electrical (ventilating, lighting and material handling) equipment.  Use only non-sparking tools.  Empty containers retain product residue and can be hazardous.  Do not reuse container.

**Advice on general occupational hygiene** : Eating, drinking and smoking should be prohibited in areas where this material is handled, stored and processed.  Workers should wash hands and face before eating, drinking and smoking.  See also Section 8 for additional information on hygiene measures.

**Conditions for safe storage, including any incompatibilities** : Store in accordance with local regulations.  Store in a segregated and approved area.  Store in original container protected from direct sunlight in a dry, cool and well-ventilated area, away from incompatible materials (see Section 10) and food and drink.  Store locked up.  Eliminate all ignition sources.  Separate from oxidizing materials.  Keep container tightly closed and sealed until ready for use.  Containers that have been opened must be carefully resealed and kept upright to prevent leakage.  Do not store in unlabeled containers.  Use appropriate containment to avoid environmental contamination.  See Section 10 for incompatible materials before handling or use.

# Section 8. Exposure controls/personal protection

**Control parameters**

**Occupational exposure limits**

| Ingredient name | Exposure limits |
|---|---|
| Phenol, polymer with formaldehyde, glycidyl ether<br>2-Phenylpropan-2-ol<br>Cumene | None.<br>None.<br>**ACGIH TLV (United States, 3/2017).**<br> TWA: 50 ppm 8 hours.<br>**NIOSH REL (United States, 10/2016). Absorbed through skin.**<br> TWA: 50 ppm 10 hours.<br> TWA: 245 mg/m³ 10 hours.<br>**OSHA PEL (United States, 6/2016). Absorbed through skin.**<br> TWA: 50 ppm 8 hours.<br> TWA: 245 mg/m³ 8 hours. |
| Oxirane, 2,2'-[(1-methylethylidene)bis(4,1-phenyleneoxymethylene)]bis-, homopolymer | None. |

**Appropriate engineering controls** : Use only with adequate ventilation.  Use process enclosures, local exhaust ventilation or other engineering controls to keep worker exposure to airborne contaminants below any recommended or statutory limits.  The engineering controls also need to keep gas, vapor or dust concentrations below any lower explosive limits.  Use explosion-proof ventilation equipment.

**Environmental exposure controls** : Emissions from ventilation or work process equipment should be checked to ensure they comply with the requirements of environmental protection legislation.

**Individual protection measures**

**Hygiene measures** : Wash hands, forearms and face thoroughly after handling chemical products, before eating, smoking and using the lavatory and at the end of the working period.  Appropriate techniques should be used to remove potentially contaminated clothing.  Contaminated work clothing should not be allowed out of the workplace.  Wash contaminated clothing before reusing.  Ensure that eyewash stations and safety showers are close to the workstation location.

**Eye/face protection** : Safety eyewear complying with an approved standard should be used when a risk assessment indicates this is necessary to avoid exposure to liquid splashes, mists, gases or dusts.  If contact is possible, the following protection should be worn, unless the assessment indicates a higher degree of protection:  chemical splash goggles.





**HyperSET® Part-1 2050**

# Section 8. Exposure controls/personal protection

**Skin protection**

| | | |
|---|---|---|
| **Hand protection** | : | Chemical-resistant, impervious gloves complying with an approved standard should be worn at all times when handling chemical products if a risk assessment indicates this is necessary.  Considering the parameters specified by the glove manufacturer, check during use that the gloves are still retaining their protective properties.  It should be noted that the time to breakthrough for any glove material may be different for different glove manufacturers.  In the case of mixtures, consisting of several substances, the protection time of the gloves cannot be accurately estimated. |
| **Body protection** | : | Personal protective equipment for the body should be selected based on the task being performed and the risks involved and should be approved by a specialist before handling this product. |
| **Other skin protection** | : | Appropriate footwear and any additional skin protection measures should be selected based on the task being performed and the risks involved and should be approved by a specialist before handling this product. |
| **Respiratory protection** | : | Based on the hazard and potential for exposure, select a respirator that meets the appropriate standard or certification.  Respirators must be used according to a respiratory protection program to ensure proper fitting, training, and other important aspects of use. |

# Section 9. Physical and chemical properties

**Appearance**

| | | |
|---|---|---|
| **Physical state** | : | Liquid. [Viscous.] |
| **Color** | : | Clear to Yellow. |
| **Odor** | : | Not available. |
| **Odor threshold** | : | Not available. |
| **pH** | : | Not available. |
| **Melting point** | : | Not available. |
| **Boiling point** | : | Not available. |
| **Flash point** | : | Closed cup: 85°C (185°F) |
| **Evaporation rate** | : | Not available. |
| **Flammability (solid, gas)** | : | Not available. |
| **Lower and upper explosive (flammable) limits** | : | Not available. |
| **Vapor pressure** | : | Not available. |
| **Vapor density** | : | Not available. |
| **Relative density** | : | Not available. |
| **Solubility** | : | Not available. |
| **Partition coefficient: n-octanol/water** | : | Not available. |
| **Auto-ignition temperature** | : | Not available. |
| **Decomposition temperature** | : | Not available. |
| **Viscosity** | : | Dynamic (room temperature): 440 mPa·s (440 cP) |
| **Flow time (ISO 2431)** | : | Not available. |



**HyperSET® Part-1 2050**

# Section 10. Stability and reactivity

| | | |
|---|---|---|
| **Reactivity** | : | No specific test data related to reactivity available for this product or its ingredients. |
| **Chemical stability** | : | The product is stable. |
| **Possibility of hazardous reactions** | : | Under normal conditions of storage and use, hazardous reactions will not occur. |
| **Conditions to avoid** | : | Avoid all possible sources of ignition (spark or flame).  Do not pressurize, cut, weld, braze, solder, drill, grind or expose containers to heat or sources of ignition. |
| **Incompatible materials** | : | Reactive or incompatible with the following materials: oxidizing materials. |
| **Hazardous decomposition products** | : | Under normal conditions of storage and use, hazardous decomposition products should not be produced. |

# Section 11. Toxicological information

**Information on toxicological effects**

**Acute toxicity**

| Product/ingredient name | Result | Species | Dose | Exposure |
|---|---|---|---|---|
| 2-Phenylpropan-2-ol | LD50 Dermal | Rabbit | 4300 mg/kg | - |
| | LD50 Oral | Rat | 1300 mg/kg | - |
| Cumene | LC50 Inhalation Vapor | Rat | 39000 mg/m³ | 4 hours |
| | LD50 Oral | Rat | 1400 mg/kg | - |

**Irritation/Corrosion**

| Product/ingredient name | Result | Species | Score | Exposure | Observation |
|---|---|---|---|---|---|
| 2-Phenylpropan-2-ol | Skin - Severe irritant | Rabbit | - | 24 hours 500 mg | - |
| Cumene | Eyes - Mild irritant | Rabbit | - | 24 hours 500 mg | - |
| | Eyes - Mild irritant | Rabbit | - | 86 mg | - |
| | Skin - Mild irritant | Rabbit | - | 24 hours 10 mg | - |

**Sensitization**

There is no data available.

**Mutagenicity**

There is no data available.

**Carcinogenicity**

**Classification**

| Product/ingredient name | OSHA | IARC | NTP |
|---|---|---|---|
| Cumene | - | 2B | Reasonably anticipated to be a human carcinogen. |

**Reproductive toxicity**

There is no data available.

**Teratogenicity**

There is no data available.

**Specific target organ toxicity (single exposure)**

| Name | Category | Target organs |
|---|---|---|
| Cumene | Category 3 | Respiratory tract irritation |

**Specific target organ toxicity (repeated exposure)**

There is no data available.





**HyperSET® Part-1 2050**

# Section 11. Toxicological information

**Aspiration hazard**

| Name | Result |
|------|--------|
| Cumene | ASPIRATION HAZARD - Category 1 |

**Information on the likely routes of exposure** : Dermal contact. Eye contact. Ingestion.

**Potential acute health effects**

| | | |
|--|--|--|
| **Eye contact** | : | Causes serious eye irritation. |
| **Inhalation** | : | No known significant effects or critical hazards. |
| **Skin contact** | : | Causes skin irritation.  May cause an allergic skin reaction. |
| **Ingestion** | : | No known significant effects or critical hazards. |

**Symptoms related to the physical, chemical and toxicological characteristics**

| | | |
|--|--|--|
| **Eye contact** | : | Adverse symptoms may include the following:<br>pain or irritation<br>watering<br>redness |
| **Inhalation** | : | No known significant effects or critical hazards. |
| **Skin contact** | : | Adverse symptoms may include the following:<br>irritation<br>redness |
| **Ingestion** | : | No known significant effects or critical hazards. |

**Delayed and immediate effects and also chronic effects from short and long term exposure**

**Short term exposure**

| | | |
|--|--|--|
| **Potential immediate effects** | : | No known significant effects or critical hazards. |
| **Potential delayed effects** | : | No known significant effects or critical hazards. |

**Long term exposure**

| | | |
|--|--|--|
| **Potential immediate effects** | : | No known significant effects or critical hazards. |
| **Potential delayed effects** | : | No known significant effects or critical hazards. |

**Potential chronic health effects**

| | | |
|--|--|--|
| **General** | : | Once sensitized, a severe allergic reaction may occur when subsequently exposed to very low levels. |
| **Carcinogenicity** | : | Suspected of causing cancer.  Risk of cancer depends on duration and level of exposure. |
| **Mutagenicity** | : | No known significant effects or critical hazards. |
| **Teratogenicity** | : | No known significant effects or critical hazards. |
| **Developmental effects** | : | No known significant effects or critical hazards. |
| **Fertility effects** | : | No known significant effects or critical hazards. |

**Numerical measures of toxicity**

**Acute toxicity estimates**



NovisWorks

HyperSET® Part-1 2050

# Section 11. Toxicological information

| Route | ATE value |
|-------|-----------|
| Oral | 43333.3 mg/kg |
| Dermal | 143333.3 mg/kg |

# Section 12. Ecological information

**Toxicity**

| Product/ingredient name | Result | Species | Exposure |
|-------------------------|--------|---------|----------|
| Cumene | Acute EC50 2600 µg/L Fresh water | Algae - Pseudokirchneriella subcapitata | 72 hours |
| | Acute EC50 7400 µg/L Fresh water | Crustaceans - Artemia sp. - Nauplii | 48 hours |
| | Acute EC50 10600 µg/L Fresh water | Daphnia - Daphnia magna - Neonate | 48 hours |
| | Acute LC50 2700 µg/L Fresh water | Fish - Oncorhynchus mykiss | 96 hours |

**Persistence and degradability**

There is no data available.

**Bioaccumulative potential**

| Product/ingredient name | LogP$_{ow}$ | BCF | Potential |
|-------------------------|-------------|-----|-----------|
| Cumene | 3.55 | 35.48 | low |

**Mobility in soil**

Soil/water partition coefficient (K$_{oc}$)  :  There is no data available.

**Other adverse effects**  :  No known significant effects or critical hazards.

# Section 13. Disposal considerations

Disposal methods  :  The generation of waste should be avoided or minimized wherever possible.  Disposal of this product, solutions and any by-products should comply with the requirements of environmental protection and waste disposal legislation and any regional local authority requirements.  Dispose of surplus and non-recyclable products via a licensed waste disposal contractor.  Waste should not be disposed of untreated to the sewer unless fully compliant with the requirements of all authorities with jurisdiction.  Waste packaging should be recycled.  Incineration or landfill should only be considered when recycling is not feasible.  This material and its container must be disposed of in a safe way.  Care should be taken when handling empty containers that have not been cleaned or rinsed out.  Empty containers or liners may retain some product residues.  Vapor from product residues may create a highly flammable or explosive atmosphere inside the container.  Do not cut, weld or grind used containers unless they have been cleaned thoroughly internally.  Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers.

**United States - RCRA Toxic hazardous waste "U" List**

| Ingredient | CAS # | Status | Reference number |
|------------|-------|--------|------------------|
| Cumene | 98-82-8 | Listed | U055 |



**HyperSET® Part-1 2050**

# Section 14. Transport information

| | DOT Classification | IMDG | IATA |
|---|---|---|---|
| **UN number** | NA1993 | UN3082 | UN3082 |
| **UN proper shipping name** | COMBUSTIBLE LIQUID, N.O.S. (Cumene) | ENVIRONMENTALLY HAZARDOUS SUBSTANCE, LIQUID, N.O.S. (Phenol, polymer with formaldehyde, glycidyl ether, Cumene). Marine pollutant (Phenol, polymer with formaldehyde, glycidyl ether, Cumene) | ENVIRONMENTALLY HAZARDOUS SUBSTANCE, LIQUID, N.O.S. (Phenol, polymer with formaldehyde, glycidyl ether, Cumene) |
| **Transport hazard class(es)** | 3 <br> COMBUSTIBLE 3 | 9 | 9 |
| **Packing group** | III | III | III |
| **Environmental hazards** | Yes. | Yes. | Yes. |

**AERG :** 128, 171

**DOT-RQ Details** : α,α-Dimethylbenzyl hydroperoxide   10 lbs / 4.54 kg [1.1644 gal / 4.4078 L]

**Additional information**

**DOT Classification** : Non-bulk packages (less than or equal to 119 gal) of combustible liquids, that are marine pollutants, are not regulated as hazardous materials in package sizes less than the product reportable quantity, unless transported by vessel.
This product is not regulated as a marine pollutant when transported on inland waterways in sizes of ≤5 L or ≤5 kg or by road, rail, or inland air in non-bulk sizes, provided the packagings meet the general provisions of §§ 173.24 and 173.24a.
<u>Reportable quantity</u> 1234.6 lbs / 560.49 kg.  Package sizes shipped in quantities less than the product reportable quantity are not subject to the RQ (reportable quantity) transportation requirements.

**IMDG** : This product is not regulated as a dangerous good when transported in sizes of ≤5 L or ≤5 kg, provided the packagings meet the general provisions of 4.1.1.1, 4.1.1.2 and 4.1.1.4 to 4.1.1.8.
<u>Emergency schedules</u> F-J, S-R

**IATA** : This product is not regulated as a dangerous good when transported in sizes of ≤5 L or ≤5 kg, provided the packagings meet the general provisions of 5.0.2.4.1, 5.0.2.6.1.1 and 5.0.2.8.

**Special precautions for user** : **Transport within user's premises:** always transport in closed containers that are upright and secure.  Ensure that persons transporting the product know what to do in the event of an accident or spillage.

# Section 15. Regulatory information

**U.S. Federal regulations** : **TSCA 8(a) PAIR**: 2-Phenylpropan-2-ol
**TSCA 8(a) CDR Exempt/Partial exemption**: Not determined
**United States inventory (TSCA 8b)**: All components are listed or exempted.

**Clean Air Act Section 112 (b) Hazardous Air Pollutants (HAPs)** : Listed





HyperSET® Part-1 2050

# Section 15. Regulatory information

| | | |
|---|---|---|
| **Clean Air Act Section 602 Class I Substances** | : | Not listed |
| **Clean Air Act Section 602 Class II Substances** | : | Not listed |
| **DEA List I Chemicals (Precursor Chemicals)** | : | Not listed |
| **DEA List II Chemicals (Essential Chemicals)** | : | Not listed |

**SARA 302/304**

**Composition/information on ingredients**

No products were found.

| | | |
|---|---|---|
| **SARA 304 RQ** | : | Not applicable. |

**SARA 311/312**

| | | |
|---|---|---|
| **Classification** | : | FLAMMABLE LIQUIDS - Category 4 |
| | | SKIN CORROSION/IRRITATION - Category 2 |
| | | SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A |
| | | SKIN SENSITIZATION - Category 1 |
| | | CARCINOGENICITY - Category 2 |

**Composition/information on ingredients**

| Name | Classification |
|---|---|
| Phenol, polymer with formaldehyde, glycidyl ether | SKIN CORROSION/IRRITATION - Category 2 |
| | SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A |
| | SKIN SENSITIZATION - Category 1 |
| 2-Phenylpropan-2-ol | ACUTE TOXICITY (oral) - Category 4 |
| | SKIN CORROSION/IRRITATION - Category 2 |
| | SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A |
| Cumene | FLAMMABLE LIQUIDS - Category 3 |
| | SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A |
| | CARCINOGENICITY - Category 2 |
| | SPECIFIC TARGET ORGAN TOXICITY (SINGLE EXPOSURE) (Respiratory tract irritation) - Category 3 |
| | ASPIRATION HAZARD - Category 1 |
| Oxirane, 2,2'-[(1-methylethylidene)bis(4, 1-phenyleneoxymethylene)]bis-, homopolymer | SKIN CORROSION/IRRITATION - Category 2 |
| | SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A |
| | SKIN SENSITIZATION - Category 1 |

**SARA 313**

| | Product name | CAS number |
|---|---|---|
| **Form R - Reporting requirements** | Cumene | 98-82-8 |
| **Supplier notification** | Cumene | 98-82-8 |

SARA 313 notifications must not be detached from the SDS and any copying and redistribution of the SDS shall include copying and redistribution of the notice attached to copies of the SDS subsequently redistributed.

**State regulations**

| | | |
|---|---|---|
| **Massachusetts** | : | The following components are listed: Cumene |
| **New York** | : | The following components are listed: Cumene |
| **New Jersey** | : | The following components are listed: Cumene |
| **Pennsylvania** | : | The following components are listed: Cumene |

**California Prop. 65**

⚠️ **WARNING**: This product can expose you to Cumene, which is known to the State of California to cause cancer. For more information go to www.P65Warnings.ca.gov.



 Novis Works

HyperSET® Part-1 2050

# Section 16. Other information

**Hazardous Material Information System (U.S.A.)**



| Health | * | 2 |
| Flammability | | 1 |
| Physical hazards | | 0 |

**Caution: HMIS® ratings are based on a 0-4 rating scale, with 0 representing minimal hazards or risks, and 4 representing significant hazards or risks. Although HMIS® ratings and the associated label are not required on SDSs or products leaving a facility under 29 CFR 1910.1200, the preparer may choose to provide them. HMIS® ratings are to be used with a fully implemented HMIS® program. HMIS® is a registered trademark and service mark of the American Coatings Association, Inc.**

**The customer is responsible for determining the PPE code for this material. For more information on HMIS® Personal Protective Equipment (PPE) codes, consult the HMIS® Implementation Manual.**

**National Fire Protection Association (U.S.A.)**



**Flammability** 1
**Health** 2  0 **Instability/Reactivity**
**Special**

**Reprinted with permission from NFPA 704-2001, Identification of the Hazards of Materials for Emergency Response Copyright ©1997, National Fire Protection Association, Quincy, MA 02269. This reprinted material is not the complete and official position of the National Fire Protection Association, on the referenced subject which is represented only by the standard in its entirety.**

**Copyright ©2001, National Fire Protection Association, Quincy, MA 02269. This warning system is intended to be interpreted and applied only by properly trained individuals to identify fire, health and reactivity hazards of chemicals. The user is referred to certain limited number of chemicals with recommended classifications in NFPA 49 and NFPA 325, which would be used as a guideline only. Whether the chemicals are classified by NFPA or not, anyone using the 704 systems to classify chemicals does so at their own risk.**

**Procedure used to derive the classification**

| Classification | Justification |
|---|---|
| FLAMMABLE LIQUIDS - Category 4 | On basis of test data |
| SKIN CORROSION/IRRITATION - Category 2 | Calculation method |
| SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A | Calculation method |
| SKIN SENSITIZATION - Category 1 | Calculation method |
| CARCINOGENICITY - Category 2 | Calculation method |
| AQUATIC HAZARD (LONG-TERM) - Category 2 | Calculation method |

**History**

| | | |
|---|---|---|
| **Date of issue mm/dd/yyyy** | : | 10/15/2018 |
| **Date of previous issue** | : | 03/15/2018 |
| **Version** | : | 3 |
| **Prepared by** | : | KMK Regulatory Services Inc. |

**Notice to reader**
**To the best of our knowledge, the information contained herein is accurate. However, neither the above-named supplier, nor any of its subsidiaries, assumes any liability whatsoever for the accuracy or completeness of the information contained herein. Final determination of suitability of any material is the sole responsibility of the user. All materials may present unknown hazards and should be used with caution. Although certain hazards are described herein, we cannot guarantee that these are the only hazards that exist.**



# EXHIBIT 3

Conforms to HCS 2012 - United States

# SAFETY DATA SHEET



### HyperSET® Part-2 3050

---

## Section 1. Identification

| | | |
|---|---|---|
| **GHS product identifier** | : | HyperSET® Part-2 3050 |
| **Product code** | : | FR-203050 |
| **Other means of identification** | : | Not available. |
| **Product type** | : | Liquid. |

**Relevant identified uses of the substance or mixture and uses advised against**

| | | |
|---|---|---|
| **Identified uses** | : | Not available. |
| **Supplier's details** | : | Novis Works, LLC<br>400 Schroyer Ave SW<br>Canton, Ohio 44702<br>Phone: 330.453.4646<br>Fax: 330.453.4040<br>Web site: www.novisworks.com |
| **Emergency telephone number (with hours of operation)** | : | CHEMTREC, U.S.: 1-800-424-9300     International: +1-703-527-3887<br>24/7 |

## Section 2. Hazards identification

| | | |
|---|---|---|
| **OSHA/HCS status** | : | This material is considered hazardous by the OSHA Hazard Communication Standard (29 CFR 1910.1200). |
| **Classification of the substance or mixture** | : | SKIN CORROSION/IRRITATION - Category 2<br>SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A<br>SKIN SENSITIZATION - Category 1<br>AQUATIC HAZARD (ACUTE) - Category 1<br>AQUATIC HAZARD (LONG-TERM) - Category 1 |

**GHS label elements**

| | | |
|---|---|---|
| **Hazard pictograms** | : |   |
| **Signal word** | : | Warning |
| **Hazard statements** | : | H319 - Causes serious eye irritation.<br>H315 - Causes skin irritation.<br>H317 - May cause an allergic skin reaction.<br>H410 - Very toxic to aquatic life with long lasting effects. |

**Precautionary statements**

| | | |
|---|---|---|
| **Prevention** | : | P280 - Wear protective gloves. Wear eye or face protection.<br>P273 - Avoid release to the environment.<br>P261 - Avoid breathing vapor.<br>P264 - Wash hands thoroughly after handling.<br>P272 (OSHA) - Contaminated work clothing must not be allowed out of the workplace. |

---



 **Novis Works**

**HyperSET® Part-2 3050**

# Section 2. Hazards identification

| | | |
|---|---|---|
| **Response** | : | P391 - Collect spillage. |
| | | P302 + P352 + P363 - IF ON SKIN: Wash with plenty of soap and water. Wash contaminated clothing before reuse. |
| | | P333 + P313 - If skin irritation or rash occurs: Get medical attention. |
| | | P305 + P351 + P338 - IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing. |
| | | P337 + P313 - If eye irritation persists: Get medical attention. |
| **Storage** | : | Not applicable. |
| **Disposal** | : | P501 - Dispose of contents and container in accordance with all local, regional, national and international regulations. |
| **Hazards not otherwise classified** | : | None known. |

# Section 3. Composition/information on ingredients

| | | |
|---|---|---|
| **Substance/mixture** | : | Mixture |
| **Other means of identification** | : | Not available. |

| Ingredient name | % | CAS number |
|---|---|---|
| 2,2-bis(Acryloyloxymethyl)butyl acrylate | ≥50 - ≤75 | 15625-89-5 |
| Phenol, polymer with formaldehyde, glycidyl ether | ≥25 - ≤50 | 28064-14-4 |
| Hydroxybenzene | Proprietary | - |
| [3-(2,3-Epoxypropoxy)propyl]trimethoxysilane | ≥1 - <3 | 2530-83-8 |

The exact percentage (concentration) in the composition has been withheld as a trade secret in accordance with paragraph (i) of §1910.1200.

**There are no additional ingredients present which, within the current knowledge of the supplier and in the concentrations applicable, are classified as hazardous to health or the environment and hence require reporting in this section.**

**Occupational exposure limits, if available, are listed in Section 8.**

# Section 4. First aid measures

**Description of necessary first aid measures**

| | | |
|---|---|---|
| **Eye contact** | : | Immediately flush eyes with plenty of water, occasionally lifting the upper and lower eyelids.  Check for and remove any contact lenses.  Continue to rinse for at least 20 minutes.  Get medical attention. |
| **Inhalation** | : | Remove victim to fresh air and keep at rest in a position comfortable for breathing.  If not breathing, if breathing is irregular or if respiratory arrest occurs, provide artificial respiration or oxygen by trained personnel.  It may be dangerous to the person providing aid to give mouth-to-mouth resuscitation.  Get medical attention if adverse health effects persist or are severe.  If unconscious, place in recovery position and get medical attention immediately.  Maintain an open airway.  Loosen tight clothing such as a collar, tie, belt or waistband. |
| **Skin contact** | : | Wash with plenty of soap and water.  Wash contaminated clothing thoroughly with water before removing it, or wear gloves.  Continue to rinse for at least 20 minutes.  Get medical attention.  In the event of any complaints or symptoms, avoid further exposure.  Wash clothing before reuse.  Clean shoes thoroughly before reuse. |



**HyperSET® Part-2 3050**

# Section 4. First aid measures

| | | |
|---|---|---|
| **Ingestion** | : | Wash out mouth with water.  Remove dentures if any.  Remove victim to fresh air and keep at rest in a position comfortable for breathing.  If material has been swallowed and the exposed person is conscious, give small quantities of water to drink.  Stop if the exposed person feels sick as vomiting may be dangerous.  Do not induce vomiting unless directed to do so by medical personnel.  If vomiting occurs, the head should be kept low so that vomit does not enter the lungs.  Get medical attention if adverse health effects persist or are severe.  Never give anything by mouth to an unconscious person.  If unconscious, place in recovery position and get medical attention immediately.  Maintain an open airway.  Loosen tight clothing such as a collar, tie, belt or waistband. |

**Most important symptoms/effects, acute and delayed**

**Potential acute health effects**

| | | |
|---|---|---|
| **Eye contact** | : | Causes serious eye irritation. |
| **Inhalation** | : | No known significant effects or critical hazards. |
| **Skin contact** | : | Causes skin irritation.  May cause an allergic skin reaction. |
| **Ingestion** | : | No known significant effects or critical hazards. |

**Over-exposure signs/symptoms**

| | | |
|---|---|---|
| **Eye contact** | : | Adverse symptoms may include the following: pain or irritation watering redness |
| **Inhalation** | : | No known significant effects or critical hazards. |
| **Skin contact** | : | Adverse symptoms may include the following: irritation redness |
| **Ingestion** | : | No known significant effects or critical hazards. |

**Indication of immediate medical attention and special treatment needed, if necessary**

| | | |
|---|---|---|
| **Notes to physician** | : | Treat symptomatically.  Contact poison treatment specialist immediately if large quantities have been ingested or inhaled. |
| **Specific treatments** | : | No specific treatment. |
| **Protection of first-aiders** | : | No action shall be taken involving any personal risk or without suitable training.  It may be dangerous to the person providing aid to give mouth-to-mouth resuscitation.  Wash contaminated clothing thoroughly with water before removing it, or wear gloves. |

See toxicological information (Section 11)

# Section 5. Fire-fighting measures

**Extinguishing media**

| | | |
|---|---|---|
| **Suitable extinguishing media** | : | Use an extinguishing agent suitable for the surrounding fire. |
| **Unsuitable extinguishing media** | : | None known. |
| **Specific hazards arising from the chemical** | : | This material is very toxic to aquatic life with long lasting effects.  Fire water contaminated with this material must be contained and prevented from being discharged to any waterway, sewer or drain. |



 No**V**is **W**orks

**HyperSET® Part-2 3050**

# Section 5. Fire-fighting measures

| | | |
|---|---|---|
| **Hazardous thermal decomposition products** | : | Decomposition products may include the following materials: carbon dioxide carbon monoxide metal oxide/oxides |
| **Special protective actions for fire-fighters** | : | Promptly isolate the scene by removing all persons from the vicinity of the incident if there is a fire.  No action shall be taken involving any personal risk or without suitable training. |
| **Special protective equipment for fire-fighters** | : | Fire-fighters should wear appropriate protective equipment and self-contained breathing apparatus (SCBA) with a full face-piece operated in positive pressure mode. |

# Section 6. Accidental release measures

**Personal precautions, protective equipment and emergency procedures**

| | | |
|---|---|---|
| **For non-emergency personnel** | : | No action shall be taken involving any personal risk or without suitable training. Evacuate surrounding areas.  Keep unnecessary and unprotected personnel from entering.  Do not touch or walk through spilled material.  Avoid breathing vapor or mist. Provide adequate ventilation.  Wear appropriate respirator when ventilation is inadequate.  Put on appropriate personal protective equipment. |
| **For emergency responders** | : | If specialized clothing is required to deal with the spillage, take note of any information in Section 8 on suitable and unsuitable materials.  See also the information in "For non-emergency personnel". |
| **Environmental precautions** | : | Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers.  Inform the relevant authorities if the product has caused environmental pollution (sewers, waterways, soil or air).  Water polluting material.  May be harmful to the environment if released in large quantities.  Collect spillage. |

**Methods and materials for containment and cleaning up**

| | | |
|---|---|---|
| **Spill** | : | Stop leak if without risk.  Move containers from spill area.  Approach release from upwind.  Prevent entry into sewers, water courses, basements or confined areas.  Wash spillages into an effluent treatment plant or proceed as follows.  Contain and collect spillage with non-combustible, absorbent material e.g. sand, earth, vermiculite or diatomaceous earth and place in container for disposal according to local regulations (see Section 13).  Dispose of via a licensed waste disposal contractor.  Contaminated absorbent material may pose the same hazard as the spilled product.  Note: see Section 1 for emergency contact information and Section 13 for waste disposal. |

# Section 7. Handling and storage

**Precautions for safe handling**

| | | |
|---|---|---|
| **Protective measures** | : | Put on appropriate personal protective equipment (see Section 8).  Persons with a history of skin sensitization problems should not be employed in any process in which this product is used.  Do not get in eyes or on skin or clothing.  Do not ingest.  Avoid breathing vapor or mist.  Avoid release to the environment.  Keep in the original container or an approved alternative made from a compatible material, kept tightly closed when not in use.  Empty containers retain product residue and can be hazardous. Do not reuse container. |
| **Advice on general occupational hygiene** | : | Eating, drinking and smoking should be prohibited in areas where this material is handled, stored and processed.  Workers should wash hands and face before eating, drinking and smoking.  See also Section 8 for additional information on hygiene measures.  Remove contaminated clothing and protective equipment before entering eating areas. |



 **Novus Works**

**HyperSET® Part-2 3050**

# Section 7. Handling and storage

**Conditions for safe storage, including any incompatibilities** : Store in accordance with local regulations. Store in original container protected from direct sunlight in a dry, cool and well-ventilated area, away from incompatible materials (see Section 10) and food and drink. Keep container tightly closed and sealed until ready for use. Containers that have been opened must be carefully resealed and kept upright to prevent leakage. Do not store in unlabeled containers. Use appropriate containment to avoid environmental contamination. See Section 10 for incompatible materials before handling or use.

# Section 8. Exposure controls/personal protection

## Control parameters

### Occupational exposure limits

| Ingredient name | Exposure limits |
|---|---|
| 2,2-bis(Acryloyloxymethyl)butyl acrylate | **AIHA WEEL (United States, 10/2011). Absorbed through skin.**<br>TWA: 1 mg/m³ 8 hours. |
| Phenol, polymer with formaldehyde, glycidyl ether | None. |
| Hydroxybenzene | **ACGIH TLV (United States, 3/2017).**<br>TWA: 10 ppm 8 hours.<br>TWA: 45 mg/m³ 8 hours.<br>STEL: 20 ppm 15 minutes.<br>STEL: 90 mg/m³ 15 minutes.<br>**NIOSH REL (United States, 10/2016).**<br>TWA: 10 ppm 10 hours.<br>TWA: 45 mg/m³ 10 hours.<br>STEL: 20 ppm 15 minutes.<br>STEL: 90 mg/m³ 15 minutes. |
| [3-(2,3-Epoxypropoxy)propyl]trimethoxysilane | None. |

**Appropriate engineering controls** : Good general ventilation should be sufficient to control worker exposure to airborne contaminants.

**Environmental exposure controls** : Emissions from ventilation or work process equipment should be checked to ensure they comply with the requirements of environmental protection legislation.

### Individual protection measures

**Hygiene measures** : Wash hands, forearms and face thoroughly after handling chemical products, before eating, smoking and using the lavatory and at the end of the working period. Appropriate techniques should be used to remove potentially contaminated clothing. Contaminated work clothing should not be allowed out of the workplace. Wash contaminated clothing before reusing. Ensure that eyewash stations and safety showers are close to the workstation location.

**Eye/face protection** : Safety eyewear complying with an approved standard should be used when a risk assessment indicates this is necessary to avoid exposure to liquid splashes, mists, gases or dusts. If contact is possible, the following protection should be worn, unless the assessment indicates a higher degree of protection: chemical splash goggles.

### Skin protection

**Hand protection** : Chemical-resistant, impervious gloves complying with an approved standard should be worn at all times when handling chemical products if a risk assessment indicates this is necessary. Considering the parameters specified by the glove manufacturer, check during use that the gloves are still retaining their protective properties. It should be noted that the time to breakthrough for any glove material may be different for different glove manufacturers. In the case of mixtures, consisting of several substances, the protection time of the gloves cannot be accurately estimated.

**Body protection** : Personal protective equipment for the body should be selected based on the task being performed and the risks involved and should be approved by a specialist before handling this product.





**HyperSET® Part-2 3050**

# Section 8. Exposure controls/personal protection

| | | |
|---|---|---|
| **Other skin protection** | : | Appropriate footwear and any additional skin protection measures should be selected based on the task being performed and the risks involved and should be approved by a specialist before handling this product. |
| **Respiratory protection** | : | Based on the hazard and potential for exposure, select a respirator that meets the appropriate standard or certification.  Respirators must be used according to a respiratory protection program to ensure proper fitting, training, and other important aspects of use. |

# Section 9. Physical and chemical properties

**Appearance**

| | | |
|---|---|---|
| **Physical state** | : | Liquid. [Slightly viscous.] |
| **Color** | : | Light yellow to light brown. |
| **Odor** | : | Not available. |
| **Odor threshold** | : | Not available. |
| **pH** | : | Not available. |
| **Melting point** | : | Not available. |
| **Boiling point** | : | Not available. |
| **Flash point** | : | Not available. |
| **Evaporation rate** | : | Not available. |
| **Flammability (solid, gas)** | : | Not available. |
| **Lower and upper explosive (flammable) limits** | : | Not available. |
| **Vapor pressure** | : | Not available. |
| **Vapor density** | : | Not available. |
| **Relative density** | : | Not available. |
| **Solubility** | : | Not available. |
| **Partition coefficient: n-octanol/water** | : | Not available. |
| **Auto-ignition temperature** | : | Not available. |
| **Decomposition temperature** | : | Not available. |
| **Viscosity** | : | Dynamic (room temperature): 392 mPa·s (392 cP) |
| **Flow time (ISO 2431)** | : | Not available. |

# Section 10. Stability and reactivity

| | | |
|---|---|---|
| **Reactivity** | : | No specific test data related to reactivity available for this product or its ingredients. |
| **Chemical stability** | : | The product is stable. |
| **Possibility of hazardous reactions** | : | Under normal conditions of storage and use, hazardous reactions will not occur. |
| **Conditions to avoid** | : | No specific data. |
| **Incompatible materials** | : | Reactive or incompatible with the following materials: oxidizing materials. |





**HyperSET® Part-2 3050**

# Section 10. Stability and reactivity

**Hazardous decomposition products** : Under normal conditions of storage and use, hazardous decomposition products should not be produced.

# Section 11. Toxicological information

**Information on toxicological effects**

**Acute toxicity**

| Product/ingredient name | Result | Species | Dose | Exposure |
|---|---|---|---|---|
| 2,2-bis(Acryloyloxymethyl)butyl acrylate | LD50 Dermal | Rabbit | 5170 mg/kg | - |
| Hydroxybenzene | LD50 Dermal | Rabbit | 3360 mg/kg | - |
| | LD50 Oral | Rat | 202 mg/kg | - |
| [3-(2,3-Epoxypropoxy)propyl] trimethoxysilane | LD50 Oral | Rat | 7.01 g/kg | - |

**Irritation/Corrosion**

| Product/ingredient name | Result | Species | Score | Exposure | Observation |
|---|---|---|---|---|---|
| 2,2-bis(Acryloyloxymethyl)butyl acrylate | Eyes - Moderate irritant | Rabbit | - | 100 mg | - |
| | Skin - Moderate irritant | Rabbit | - | 24 hours 500 mg | - |
| Hydroxybenzene | Eyes - Severe irritant | Rabbit | - | 100 mg | - |
| | Skin - Moderate irritant | Rabbit | - | 24 hours 20 mg | - |
| | Skin - Severe irritant | Rabbit | - | 500 mg | - |

**Sensitization**

There is no data available.

**Mutagenicity**

There is no data available.

**Carcinogenicity**

**Classification**

| Product/ingredient name | OSHA | IARC | NTP |
|---|---|---|---|
| Hydroxybenzene | - | 3 | - |

**Reproductive toxicity**

There is no data available.

**Teratogenicity**

There is no data available.

**Specific target organ toxicity (single exposure)**

There is no data available.

**Specific target organ toxicity (repeated exposure)**

There is no data available.

**Aspiration hazard**

There is no data available.

**Information on the likely routes of exposure** : Dermal contact. Eye contact. Ingestion.

**Potential acute health effects**

**Eye contact** : Causes serious eye irritation.

**Inhalation** : No known significant effects or critical hazards.

**Skin contact** : Causes skin irritation.  May cause an allergic skin reaction.

**Ingestion** : No known significant effects or critical hazards.





**HyperSET® Part-2 3050**

# Section 11. Toxicological information

<u>**Symptoms related to the physical, chemical and toxicological characteristics**</u>

| | | |
|---|---|---|
| **Eye contact** | : | Adverse symptoms may include the following:<br>pain or irritation<br>watering<br>redness |
| **Inhalation** | : | No known significant effects or critical hazards. |
| **Skin contact** | : | Adverse symptoms may include the following:<br>irritation<br>redness |
| **Ingestion** | : | No known significant effects or critical hazards. |

<u>**Delayed and immediate effects and also chronic effects from short and long term exposure**</u>

<u>**Short term exposure**</u>

| | | |
|---|---|---|
| **Potential immediate effects** | : | No known significant effects or critical hazards. |
| **Potential delayed effects** | : | No known significant effects or critical hazards. |

<u>**Long term exposure**</u>

| | | |
|---|---|---|
| **Potential immediate effects** | : | No known significant effects or critical hazards. |
| **Potential delayed effects** | : | No known significant effects or critical hazards. |

<u>**Potential chronic health effects**</u>

| | | |
|---|---|---|
| **General** | : | Once sensitized, a severe allergic reaction may occur when subsequently exposed to very low levels. |
| **Carcinogenicity** | : | No known significant effects or critical hazards. |
| **Mutagenicity** | : | No known significant effects or critical hazards. |
| **Teratogenicity** | : | No known significant effects or critical hazards. |
| **Developmental effects** | : | No known significant effects or critical hazards. |
| **Fertility effects** | : | No known significant effects or critical hazards. |

<u>**Numerical measures of toxicity**</u>

<u>**Acute toxicity estimates**</u>

| Route | ATE value |
|---|---|
| Oral<br>Dermal | 13295.1 mg/kg<br>89343.3 mg/kg |

# Section 12. Ecological information

<u>**Toxicity**</u>

| Product/ingredient name | Result | Species | Exposure |
|---|---|---|---|
| Hydroxybenzene | Acute LC50 78000 µg/L Marine water<br>Acute LC50 >100000 µg/L Fresh water<br>Acute LC50 40 mg/L Fresh water | Crustaceans - Palaemonetes pugio<br>Daphnia - Daphnia pulicaria<br>Fish - Pimephales promelas - Juvenile<br>(Fledgling, Hatchling, Weanling) | 48 hours<br>48 hours<br>96 hours |

<u>**Persistence and degradability**</u>

There is no data available.

<u>**Bioaccumulative potential**</u>



**NovisWorks**

**HyperSET® Part-2 3050**

# Section 12. Ecological information

| Product/ingredient name | LogP$_{ow}$ | BCF | Potential |
|---|---|---|---|
| 2,2-bis(Acryloyloxymethyl)butyl acrylate | 0.67 | - | low |
| Hydroxybenzene | 0.8 | 3.16 | low |

**Mobility in soil**

**Soil/water partition coefficient (K$_{oc}$)** : Not available.

**Other adverse effects** : No known significant effects or critical hazards.

# Section 13. Disposal considerations

**Disposal methods** : The generation of waste should be avoided or minimized wherever possible.  Disposal of this product, solutions and any by-products should comply with the requirements of environmental protection and waste disposal legislation and any regional local authority requirements.  Dispose of surplus and non-recyclable products via a licensed waste disposal contractor.  Waste should not be disposed of untreated to the sewer unless fully compliant with the requirements of all authorities with jurisdiction.  Waste packaging should be recycled.  Incineration or landfill should only be considered when recycling is not feasible.  This material and its container must be disposed of in a safe way.  Care should be taken when handling empty containers that have not been cleaned or rinsed out.  Empty containers or liners may retain some product residues.  Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers.

**United States - RCRA Toxic hazardous waste "U" List**

| Ingredient | CAS # | Status | Reference number |
|---|---|---|---|
| Hydroxybenzene | - | Listed | U201 |

# Section 14. Transport information

| | DOT Classification | IMDG | IATA |
|---|---|---|---|
| **UN number** | UN3082 | UN3082 | UN3082 |
| **UN proper shipping name** | ENVIRONMENTALLY HAZARDOUS SUBSTANCE, LIQUID, N.O.S. (2,2-bis (Acryloyloxymethyl)butyl acrylate, Phenol, polymer with formaldehyde, glycidyl ether) | ENVIRONMENTALLY HAZARDOUS SUBSTANCE, LIQUID, N.O.S. (2,2-bis (Acryloyloxymethyl)butyl acrylate, Phenol, polymer with formaldehyde, glycidyl ether). Marine pollutant (2,2-bis (Acryloyloxymethyl)butyl acrylate, Phenol, polymer with formaldehyde, glycidyl ether) | ENVIRONMENTALLY HAZARDOUS SUBSTANCE, LIQUID, N.O.S. (2,2-bis (Acryloyloxymethyl)butyl acrylate, Phenol, polymer with formaldehyde, glycidyl ether) |
| **Transport hazard class(es)** | 9 | 9 | 9 |
| **Packing group** | III | III | III |
| **Environmental hazards** | Yes. | Yes. | Yes. |

**AERG** : 171

**Additional information**





**HyperSET® Part-2 3050**

# Section 14. Transport information

| DOT Classification | : | Non-bulk packages of this product are not regulated as hazardous materials unless transported by inland waterway.  This product is not regulated as a hazardous material when transported in sizes of ≤5 L or ≤5 kg, provided the packagings meet the general provisions of §§ 173.24 and 173.24a. |
| IMDG | : | This product is not regulated as a dangerous good when transported in sizes of ≤5 L or ≤5 kg, provided the packagings meet the general provisions of 4.1.1.1, 4.1.1.2 and 4.1.1.4 to 4.1.1.8.<br>**Emergency schedules** F-A, S-F |
| IATA | : | This product is not regulated as a dangerous good when transported in sizes of ≤5 L or ≤5 kg, provided the packagings meet the general provisions of 5.0.2.4.1, 5.0.2.6.1.1 and 5.0.2.8. |
| **Special precautions for user** | : | **Transport within user's premises:** always transport in closed containers that are upright and secure.  Ensure that persons transporting the product know what to do in the event of an accident or spillage. |

# Section 15. Regulatory information

| U.S. Federal regulations | : | **TSCA 8(a) PAIR**: Dimethyl sulphate |
| | | **TSCA 8(a) CDR Exempt/Partial exemption**: Not determined |
| | | **United States inventory (TSCA 8b)**: All components are listed or exempted. |
| | | **Clean Water Act (CWA) 307**: Hydrogen cyanide, solution |
| | | **Clean Water Act (CWA) 311**: Hydrogen cyanide, solution; Hydroxybenzene |
| **Clean Air Act Section 112 (b) Hazardous Air Pollutants (HAPs)** | : | Listed |
| **Clean Air Act Section 602 Class I Substances** | : | Not listed |
| **Clean Air Act Section 602 Class II Substances** | : | Not listed |
| **DEA List I Chemicals (Precursor Chemicals)** | : | Not listed |
| **DEA List II Chemicals (Essential Chemicals)** | : | Not listed |

**SARA 302/304**

**Composition/information on ingredients**

| Name | EHS | SARA 302 TPQ | | SARA 304 RQ | |
|---|---|---|---|---|---|
| | | (lbs) | (gallons) | (lbs) | (gallons) |
| Dimethyl sulphate | Yes. | 500 | 45 | 100 | 9 |
| Hydrogen cyanide, solution | Yes. | 100 | 17.4 | 10 | 1.7 |

| **SARA 304 RQ** | : | 13157894.7 lbs / 5973684.2 kg |

**SARA 311/312**

| Classification | : | SKIN CORROSION/IRRITATION - Category 2 |
| | | SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A |
| | | SKIN SENSITIZATION - Category 1 |

**Composition/information on ingredients**





HyperSET® Part-2 3050

# Section 15. Regulatory information

| Name | Classification |
|------|----------------|
| 2,2-bis(Acryloyloxymethyl)butyl acrylate | SKIN CORROSION/IRRITATION - Category 2<br>SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A<br>SKIN SENSITIZATION - Category 1 |
| Phenol, polymer with formaldehyde, glycidyl ether | SKIN CORROSION/IRRITATION - Category 2<br>SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A<br>SKIN SENSITIZATION - Category 1 |
| Hydroxybenzene | ACUTE TOXICITY (oral) - Category 4<br>SKIN CORROSION/IRRITATION - Category 2<br>SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A |
| [3-(2,3-Epoxypropoxy)propyl]trimethoxysilane | SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 1 |

**SARA 313**

There is no data available.

**State regulations**

| **Massachusetts** | : | The following components are listed: Hydroxybenzene |
| **New York** | : | The following components are listed: Hydroxybenzene |
| **New Jersey** | : | The following components are listed: Hydroxybenzene |
| **Pennsylvania** | : | The following components are listed: Hydroxybenzene |

**California Prop. 65**

 **WARNING**: This product can expose you to chemicals including Dimethyl sulphate, which is known to the State of California to cause cancer, and Methanol, Hydrogen cyanide, solution, which are known to the State of California to cause birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov.

# Section 16. Other information

**Hazardous Material Information System (U.S.A.)**



| Health | / | 2 |
| Flammability | | 0 |
| Physical hazards | | 0 |

**Caution: HMIS® ratings are based on a 0-4 rating scale, with 0 representing minimal hazards or risks, and 4 representing significant hazards or risks. Although HMIS® ratings and the associated label are not required on SDSs or products leaving a facility under 29 CFR 1910.1200, the preparer may choose to provide them. HMIS® ratings are to be used with a fully implemented HMIS® program. HMIS® is a registered trademark and service mark of the American Coatings Association, Inc.**

**The customer is responsible for determining the PPE code for this material. For more information on HMIS® Personal Protective Equipment (PPE) codes, consult the HMIS® Implementation Manual.**

**National Fire Protection Association (U.S.A.)**



**Reprinted with permission from NFPA 704-2001, Identification of the Hazards of Materials for Emergency Response Copyright ©1997, National Fire Protection Association, Quincy, MA 02269. This reprinted material is not the complete and official position of the National Fire Protection Association, on the referenced subject which is represented only by the standard in its entirety.**

**Copyright ©2001, National Fire Protection Association, Quincy, MA 02269. This warning system is intended to be interpreted and applied only by properly trained individuals to identify fire, health and reactivity hazards of chemicals. The user is referred to certain limited number of chemicals with recommended classifications in NFPA 49 and NFPA 325, which would be used as a guideline only. Whether the chemicals are classified by NFPA or not, anyone using the 704 systems to classify chemicals does so at their own risk.**





**HyperSET® Part-2 3050**

# Section 16. Other information

**Procedure used to derive the classification**

| Classification | Justification |
|---|---|
| SKIN CORROSION/IRRITATION - Category 2 | Calculation method |
| SERIOUS EYE DAMAGE/ EYE IRRITATION - Category 2A | Calculation method |
| SKIN SENSITIZATION - Category 1 | Calculation method |
| AQUATIC HAZARD (ACUTE) - Category 1 | Calculation method |
| AQUATIC HAZARD (LONG-TERM) - Category 1 | Calculation method |

**History**

| | | |
|---|---|---|
| **Date of issue mm/dd/yyyy** | : | 09/30/2018 |
| **Date of previous issue** | : | 03/15/2018 |
| **Version** | : | 3 |
| **Prepared by** | : | KMK Regulatory Services Inc. |

**Notice to reader**

To the best of our knowledge, the information contained herein is accurate. However, neither the above-named supplier, nor any of its subsidiaries, assumes any liability whatsoever for the accuracy or completeness of the information contained herein.
Final determination of suitability of any material is the sole responsibility of the user. All materials may present unknown hazards and should be used with caution. Although certain hazards are described herein, we cannot guarantee that these are the only hazards that exist.

