**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**(AKRON)**

| | | |
|---|---|---|
| ASK Chemicals, LLC. | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:19-cv-01585-BYP |
| | ) | JUDGE BENITA Y. PEARSON |
| Novis Work, LLC. | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF MICHAEL W. VARY PURSUANT TO 28 USC § 455**

I, MICHAEL W. VARY, being first duly sworn according to law, states as follows:

1. I am an attorney at law licensed to practice law in 1985 in the state of Ohio, Ohio Reg. No. 033789; in 1982 in the state of Illinois, Illinois Reg. No. 6183602 (senior status); and in 1982 before the United States Patent Office (Reg. No. 30,811). I have been admitted to practice in the Northern District of Ohio as well as several other federal courts *pro hac vice*. I have been admitted to practice in the Federal Circuit and in the United States Supreme Court.

2. I have familiarized myself with the issues and persons involved in the case captioned *ASK Chemicals, LLC v. Novis Works, LLC* pending before Judge Benita Pearson, case number 5:19-CV-01585 as well as the parties' agreed upon description of duties for the Special Master. Based on my knowledge of the case, the parties involved, and the attorneys involved, I can attest and affirm that there are no non-disclosed grounds for disqualification under 28 USC § 455 that would prevent me from serving as the Special Master in this matter.

Further affiant sayeth not.

Date: December 14, 2019

Michael W. Vary

Sworn before me the 14 day of December 2019

Notary Deontae D. Williams
Deontae D Williams
12/14/2019

DEONTAE D. WILLIAMS
Notary Public, State of Ohio
My Comm. Expires Jan. 04, 2021
Recorded in Cuyahoga County

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2019, I electronically filed the foregoing AFFIDAVIT OF MICHAEL W. VARY PURSUANT TO 28 USC § 455 with the Clerk of the Court using the CM/ECF system, which will send notification of all of the attorneys of record and parties entitled to receive such notification.

/s/Michael W. Vary
Michael W. Vary, Ohio Reg. 0033789
Vary.michael@gmail.com
17710 Westview Dr.
Bainbridge, Ohio 44023
216-496-3429 (cell)