PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ASK CHEMICALS LLC, | ) | |
| | ) | CASE NO. 5:19CV1585 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NOVIS WORKS, LLC, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

Pending is Defendant's Motion to Stay Proceedings Pending *Inter Partes* Review. ECF No. 62. Plaintiff shall files its response to Defendant's motion on or before July 23, 2020 at 12:00 p.m., Noon.

IT IS SO ORDERED.

July 20, 2020
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge