Approved. Because the Court will retain jurisdiction, the parties shall submit a copy of the executed Settlement Agreement to Judy_Guyer@ohnd.uscourts.gov for the Court's future reference, if necessary.
/s/ *Benita Y. Pearson* on 8/21/2020
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ASK Chemicals LLC<br><br>Plaintiff,<br><br>v.<br><br>Novis Works, LLC<br><br>Defendant. | C.A. No. 5:19-cv-01585-BYP<br><br>Judge Benita Y. Pearson<br>Special Master Michael Vary |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff ASK Chemicals LLC ("ASK") and Defendant Novis Works, LLC, ("Novis Works") stipulate that they have reached a final agreement on settlement of the claims and counterclaims made in this action, and based upon the agreement, consent, and approval of the Parties, ASK and Novis Works, through their respective attorneys, further stipulate as follows:

1. This Court has personal jurisdiction over ASK and Novis Works and over the subject matter of this action.

2. Each claim made and that could have been made by ASK against Novis Works is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41. Each claim and counterclaim that was made and which could have been made by Novis Works against ASK in this action is hereby dismissed with prejudice on the basis of settlement reached.

3. Each party shall bear its own costs and attorneys' fees.

4. This Court shall retain jurisdiction over any future disputes between the Parties regarding the Settlement.

AGREED TO AND ACCEPTED BY:

Dated: August 21, 2020

/s/ Jeffrey S. Standley
Jeffrey S. Standley
F. Michael Speed, Jr.

Melissa A. Rogers McCurdy
STANDLEY LAW GROUP LLP
6300 Riverside Drive
Dublin, OH 43017
Email: jstandley@standleyllp.com
mspeed@standleyllp.com
mmccurdy@standleyllp.com
litigation@standleyllp.com
*Attorneys for Plaintiff ASK Chemicals LLC*

/s/ Richard B. Megley, Jr.
Richard B. Megley, Jr.
LEE SHEIKH MEGLEY & HAAN
111 W. Jackson Boulevard. Suite 2230
Chicago, IL 60604
Phone: 312-982-0070
Fax: 312-982-0071
Email: rmegley@leesheikh.com

Howard L. Wernow, Esq.
Joseph L. Powell, Esq.
Joseph A. Sebolt, Esq.
Laura L. Beoglos, Esq.
SAND, SEBOLT & WERNOW CO., LPA
4940 Munson Street, N.W.
Canton, OH 44718-3615
Phone: 330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com
Email: joseph.powell@sswip.com
Email: joe.sebolt@sswip.com
Email: laura.beoglos@sswip.com
*Attorneys for Defendant Novis Works, LLC*